Vern and Sandra Briscoe, Plaintiffs *in Propria Persona*
5112 Whitaker Road
Pocatello, ID 83202-1620
208-237-2347

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO ~~(BOISE OFFICE)~~ EASTERN DISTRICT

ALVA V. AND SANDRA M. BRISCOE

    PLAINTIFFS

V.

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; ELISA S. MAGNUSON, ESQ. AND PITE DUNCAN, LLP AS TRUSTEE,

    DEFENDANT

CASE NO. 4:16-cv-122-REB

U.S. COURTS
MAR 23 2016
Rcvd_____Filed tw Time 2:24pm
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

### PETITION TO PERPETUATE TESTIMONY

Come now the plaintiffs Alva V. and Sandra M. Briscoe and sue the defendant BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP to perpetuate testimony.

The petitioner expects to be a party to an action cognizable in a United States court but cannot presently bring it or cause it to be brought.

The subject matter of the expected action and the petitioner's interest.

The facts that the petitioner wants to establish by the proposed testimony and the reasons to perpetuate it include the following:

    a.    The defendant has never acquired any legal rights, including servicing rights, or any interest in the petitioner's title to her home, or the note and trust deed that was recorded against the title.

    b.    The defendants are involved with the theft of the petitioner's identifying, banking, financial and credit information for their own profit.

    c.    The defendants are using the state and county foreclosure process to launder counterfeit and forged instruments.

The names or a description of the persons whom the petitioner expects to be adverse parties and their addresses, so far as known; and the name, address, and expected substance of the testimony of each deponent are as follows:

a. Elisa Magnuson, to testify about the defendant's interests in the plaintiff's property.

Perpetuating the testimony may prevent a failure or delay of justice.

WHEREFORE Petitioner requests an order authorizing the petitioner to depose the named persons in order to perpetuate their testimony.

DATED this 22 day of March, 2016.

_A. Vern Briscoe_
Alva V. Briscoe, Plaintiff

_Sandra Briscoe_
Sandra M. Briscoe, Plaintiff